**No. 46299.**—Protests 956888–G, etc., of Paterson Boardman & Knapp (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of amorphous graphite the same in all material respects as that the subject of

*Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444). It was therefore held dutiable at 10 percent under paragraph 213.